**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAREK JONES and MICAH AMMERMAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs<br><br>v.<br><br>RAMBOLL LIMITED, RAMBOLL US CONSULTING, INC., BOARD OF DIRECTORS FOR RAMBOLL US CONSULTING, INC., RAMBOLL US RETIREMENT & SAVINGS PLAN SETTLOR COMMITTEE, RAMBOLL US RETIREMENT & SAVINGS PLAN FIDUCIARY COMMITTEE, RAMBOLL US RETIREMENT & SAVINGS PLAN INVESTMENT COMMITTEE, and JOHN DOES 1-40,,<br><br>     Defendants. | Case No. 5:26-cv-273 (BKS/ML)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Howard Shapiro, dated July 1, 2026, and exhibits respectively annexed thereto; the accompanying memorandum of law; and upon all the papers and proceedings heretofore had herein, Defendants Ramboll Limited ("RL"); Ramboll US Consulting, Inc. ("RUC"); the Board of Directors for Ramboll US Consulting, Inc. (the "RUC Board"); the Ramboll US Retirement & Savings Plan Fiduciary Committee (the "Fiduciary Committee"); the Ramboll US Retirement & Savings Plan Investment Committee (the "Investment Committee"); and various unnamed Board members and Committee members (collectively "Defendants") will move this Court before the Honorable Brenda K. Sannes, United States District Court, Federal Building & U.S. Courthouse, 100 S. Clinton Street, Syracuse, New York 13261, on a date and time to be determined by the Court, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the

Plaintiffs' Class Action Complaint in its entirety, with prejudice, and or such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(a)(1) of the United States District Court for the Northern District of New York, answering papers, if any, shall be served within twenty-one (21) days after service of the papers herein, and any reply papers shall be served within seven (7) days after service of the answering papers.

Dated:  July 2, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

 */s/ Howard Shapiro*
Howard Shapiro**
Charles F. Seemann, III**
Amanda Munguia**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Howard.Shapiro@jacksonlewis.com
Charles.Seemann@jacksonlewis.com
Amanda.Munguia@jacksonlewis.com

James C. Goodfellow, Jr.**
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
James.Goodfellow@jacksonlewis.com

Benjamin Wilkinson (NY Bar No. 4927661)
677 Broadway, 9th Floor
Albany, New York 12007
Telephone: (518) 649-9636
Benjamin.Wilkinson@jacksonlewis.com

***Admitted Pro Hac Vice*

***Counsel for Defendants***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

 */s/ Howard Shapiro*
Howard Shapiro