**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DARek JONES and MICAH AMMERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RAMBOLL LIMITED, RAMBOLL US CONSULTING, INC., BOARD OF DIRECTORS FOR RAMBOLL US CONSULTING, INC., RAMBOLL US RETIREMENT & SAVINGS PLAN SETTLOR COMMITTEE, RAMBOLL US RETIREMENT & SAVINGS PLAN FIDUCIARY COMMITTEE, RAMBOLL US RETIREMENT & SAVINGS PLAN INVESTMENT COMMITTEE, and JOHN DOES 1-40,<br><br>Defendants. | ) | **CIVIL ACTION NO.:**<br>5:26-cv-273 (BKS/ML)<br><br>**NOTICE OF MOTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, PLAN OF ALLOCATION AND SCHEDULING OF FAIRNESS HEARING**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Mark K. Gyandoh, dated, October 16, 2026, and exhibits respectively annexed thereto; the accompanying memorandum of law; and upon all the papers and proceedings heretofore had herein, Plaintiffs, Darek Jones and Micah Ammerman, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the Ramboll US Retirement & Savings Plan (the "Plan"), will move this Court before the Honorable Brenda K. Sannes, United States District Court, Federal Building & U.S. Courthouse, 100 S. Clinton Street, Syracuse, New York 13261, on a date and time to be determined by the Court, for an Order granting pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs'

Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Settlement" or "Settlement Agreement") entered into with Defendants.[1] The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: October 16, 2026

Respectfully submitted,

/s/ *Mark K. Gyandoh, Esq.*
Mark K. Gyandoh, Esquire
PA Attorney ID #88587
(Admitted *Pro Hac Vice)*
James A. Maro, Esquire
PA Attorney ID #86420
(Admitted *Pro Hac Vice)*
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 232-3080
Email: markg@capozziadler.com
jamesm@capozziadler.com

Elizabeth A. Cordello, Esquire
New York Bar #4148284
**PULLANO & FARROW**
401 Main Street
East Rochester, NY 14445
Telephone: (585) 730-4773
Email: ecordello@lawpf.com

*Counsel for Plaintiffs and the Putative Class*

[1] As defined in the Settlement Agreement submitted herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh