EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARek JONES and MICAH AMMERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RAMBOLL LIMITED, RAMBOLL US CONSULTING, INC., BOARD OF DIRECTORS FOR RAMBOLL US CONSULTING, INC., RAMBOLL US RETIREMENT & SAVINGS PLAN SETTLOR COMMITTEE, RAMBOLL US RETIREMENT & SAVINGS PLAN FIDUCIARY COMMITTEE, RAMBOLL US RETIREMENT & SAVINGS PLAN INVESTMENT COMMITTEE, and JOHN DOES 1-40,<br><br>Defendants. | **CIVIL ACTION NO.:**<br>5:26-cv-273 (BKS/ML) |

**DECLARATION OF PLAINTIFF MICAH AMMERMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Micah Ammerman, make this Declaration pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1. I am a Plaintiff in this action, listed in the operative Complaint.

2. I currently reside in Lancaster, PA, and have lived there during the entirety of this action.

3. From the inception of this case, I have been represented by the Pennsylvania law firm of Capozzi Adler, P.C.

4. I worked at Ramboll Limited from 2020 through 2024. While employed at Ramboll Limited, I participated in the Ramboll US Retirement & Savings Plan (the "Plan").

5. I joined the Ramboll Limited lawsuit because I felt I could contribute to the cause. I understood the lawsuit was on behalf of the Plan and a class of people just like me who were participants in the Plan. I wanted to be a Plaintiff in this case because I believed that the Plan's fiduciaries had not been doing a good enough job managing the Plan. In joining this lawsuit, I hoped to obtain a monetary recovery on behalf of the Plan, for myself and all other similarly situated participants in the Plan.

6. I have spent many hours on this litigation, conferring regularly with my attorneys at Capozzi Adler. I also receive written updates on the litigation by email and letters. My attorneys and I also discussed the events surrounding the settlement negotiations. I discussed and will continue to discuss in more detail the proposed Settlement as the settlement proceeds through the approval process. I have also gathered relevant documents and provided them to my attorneys throughout the litigation. Had this litigation continued, I was fully prepared to sit for a deposition and appear at trial, if necessary.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 10/15/2026

DocuSigned by:

3184120A77AE47F...

Micah Ammerman