EXHIBIT 4

## DECISIONS CERTIFYING ACTIONS BROUGHT PURSUANT TO ERISA § 502(a)(2), 29 U.S.C. § 1132(a)(2)

### A. Certifications in "Excessive Fee" Cases

1. *Davis v. Magna Int'l of Am., Inc.*, No. 20-CV-11060, 2024 WL 280645, at *5 (E.D. Mich. Jan. 25, 2024) ("This Court, along with courts across the country, recognizes that ERISA fiduciary litigation presents a paradigmatic example of a Rule 23(b)(1) class.")

2. *Stephen v. Trader Joe's Co*., No. 1:25-cv-10212 (D. Mass Dec. 18, 2025) (Dkt. 73)

3. *Adams v. Dartmouth-Hitchcock Clinic*, 827 F. Supp. 3d 259 (D.N.H. 2026) (peimilariny arpproal) CHECK BEFORE SUBMTITING

4. *Winkelman v. Whole Foods Market, Inc*., No. 1:23-cv-01352 (W.D. Tex. Dec. 17, 2024) (Dkt. 39)

5. *Vellali v. Yale Univ.*, 333 F.R.D. 10, 18 (D. Conn. 2019) (holding that both Rule 23(b)(1)(A) and Rule 23(b)(1)(B) were satisfied)

6. *McDonald v. Lab'y Corp. of Am. Holdings*, No. 22-cv-680, 2024 WL 4513580 (M.D.N.C. Oct. 17, 2024)

7. *Coviello v. BHS Management Services, Inc.*, No. 20-cv-30198, Dkt. 99 (D. Mass Mar. 20, 2023).

8. *McCool, et al., v. AHS Management Company, Inc.,* No. 19-cv-01158, 2023 WL 2729161 (M.D. Tenn. March 30, 3023).

9. *Rodriguez v. Hy-Vee, Inc.*, 22-cv-00072, 2023 WL 4358705 (S.D. Iowa April 26, 2023).

10. *Stengl v. L3Harris Technologies,* No. 22-cv-572, 2023 WL 11932263 (M.D. Fla. June 5, 2023).

11. *Sweet v. Advance Auto Stores Co., Inc.*, No. 21-cv-549, 2023 WL 3959779 (W.D. Va. June 9, 2023).

12. *McDonald v. Lab'y Corp. of Am.*, No. 22-cv-680 (M.D.N.C. Oct. 16, 2024) (granting certification under Rule 23(b)(1)(B)).

13. *Henderson v. Emory Univ.*, No. 16-cv-02920 (N.D. Ga. Sept. 13, 2018) (certifying class under 23(b)(1)(A) and (B)).

14. *Fullerv. SunTrust Banks, Inc.*, No. 11-cv-784, 2018 U.S. Dist. LEXIS 113108 (N.D. Ga. June 27, 2018) (certifying class under 23(b)(1)(A) and (B)).

15. *Clark v. Duke Univ.*, No. 16-cv-1044, 2018 WL 1801946 (M.D.N.C. April 13, 2018) (certifying class under 23(b)(1)(A) and (B)).

16. *Sacerdote v. New York Univ.*, No. 16-cv-6284, 2018 WL 840364 (S.D.N.Y. Feb. 13, 2018) (certifying 23(b)(1) Class)).

17. *Troudt v. Oracle Corporation*, No. 16-cv-0175 (D. Colo. Jan. 30, 2018) (certifying class and subclasses pursuant to Rule 23(b)(1)(A)).

18. *Lucas v. MGM Resorts Int'l.*, No. 220-cv-01750 (D. Nev. Oct. 19, 2022) (Dkt. 112)

19. *Wildman v. Am. Century Servs., LLC,* No. 16-cv-0737, 2017 WL 6045487 (W.D. Mo. Dec. 6, 2017) (certifying class and subclasses pursuant to Rule 23(b)(1)).

20. *Huang v. TriNet HR III, Inc.*, 2022 WL 13631836 (M.D. Fla. Oct. 21, 2022).

21. *Leber, v. Citigroup 401(k) Plan Investment Committee*, 323 F.R.D. 145 (S.D.N.Y. Nov. 27, 2017) (certifying class under 23(b)(1)(B)).

22. *Marshall v. Northrop Grumman Corp.,* No. 16-cv-6794 (C.D. Cal. Nov. 2, 2017) (certifying class and subclasses pursuant to Rules 23(a) and 23(b)(1)).

23. *Moreno v. Deutsche Bank Americas Holding Corp.*, No. 15-cv-9936, 2017 WL 3868803 (S.D.N.Y. Sept. 5, 2017) (certifying class and subclasses pursuant to Rules 23(a) and (b)(1)(B)).

24. *Sims v. BB & T Corp*., No. 15-cv-732, 2017 WL 3730552 (M.D.N.C. Aug. 28, 2017) (certifying class and subclasses pursuant to Rules 23(a) and Rule 23(b)(1)(A)).

25. *Cryer v. Franklin Templeton Resources, Inc.*, No. 16-cv-4265, 2017 WL 4023149 (N.D. Cal. July 26, 2017) (certifying class and subclasses pursuant to Rule 23(b)(1)).

26. *Urakhchin v. Allianz Asset Mgmt. of Am., L.P.*, No, 15-cv-1614, 2017 WL 2655678 (C.D. Cal. June 15, 2017) (certifying class and subclass pursuant to Rule 23(b)(1)).

27. *Rozo v. Principal Life Ins. Co*., No. 14-cv-463, 2017 WL 2292834 (S.D. Iowa May 12, 2017) (certifying class and subclasses pursuant to Rules 23(a) and Rule 23(b)(1)(A)).

28. *Teets v. Great-West Life & Annuity Ins. Co*., 315 F.R.D. 362 (D. Colo. 2016) (certifying class and subclasses pursuant to Rule 23(b)(1)(A)).

29. *Krueger v. Ameriprise Fin.*, 304 F.R.D. 559 (D. Minn. 2014) (certifying class under 23(b)(1)(A) and (B)).

30. *George v. Kraft Foods Global*, 270 F.R.D. 355, 369 (ND. Ill. 2010) (certifying class under Rule 23(b)(1)(B)).

31. *Tibble v. Edison Int'l*, No. 07-cv-5359, 2009 WL 6764541 (C.D. Cal. June 29, 2009) (granting class under 23(b)(1)(A)).

32. *Kanawi v. Bechtel Corp.*, 254 F.R.D. 102, 111 (N.D. Cal. 2008) (certifying under Rule 23(b)(1)(A)).

33. *Beesley v. Int'l Paper Co.*, No. 06-cv-00703, 2008 WL 4450319, at *9 (S.D. Ill. Sept. 30, 2008) (certifying under Rule 23(b)(1)).

34. *Tussey v. ABB, Inc.*, No. 06-cv-4305, 2007 WL 4289694, at *9 (W.D. Mo. Dec. 3, 2007) (finding certification of a class of plaintiffs appropriate under FED. R. CIV. P. 23(b)(1)(A) and (B)).

35. *Loomis v. Exelon Corp.*, No. 06-cv-4900, 2007 WL 2981951, at *4 (N.D. Ill. June 26, 2007) (certifying under Rule 23(b)(1)(B)).

36. *In re: Northrop Grumman Corp. ERISA Litig*., No. 06-cv-06213, 2011 WL 3505264 (C.D. Cal. Mar. 29, 2011) (certifying under Rule 23(b)(1)(B)).

37. *Figas v. Wells Fargo*, No. 08-cv-4546, 2010 WL 2943155 (D. Minn. Apr. 6, 2010) (certified under Rule 23(b)(3)).

38. *Taylor v. United Tech. Corp*., No. 06-cv-1494, 2008 WL 2333120 (D. Conn. June 3, 2008) (certifying class under 23(b)(1)(A) and (B)).

39. *Cassell v. Vanderbilt Univ.*, No. 16-cv-2086, 2018 WL 5264640 (M.D. Tenn. Oct. 23, 20018).

40. *Nunez v. B. Braun Medical, Inc.,* No. 20-cv-04195 (E.D. Pa. June 30, 2022).

41. *Barcenas v. Rush University Med. Ctr*., No. 22-cv-00366, Slip Op. at 2 (N.D. Ill. Jan. 19, 2023).

**B. Certifications In Other Actions Alleging Failure to Prudently Manage a Plan's Assets**

1. *Doll v. Evergy Inc*., No. 25-CV-00043, Slip Op. (W.D. Mo. Oct. 14, 2025) (ECF No.112)

2. *Waldner v. Natixis Inv. Managers, L.P.*, No. 21-cv-10273, 2023 WL 3466272 (D. Mass. Mar. 24, 2023), *R. & R. adopted*, No. 21-cv-10273, 2023 WL 3467112 (D. Mass. May 15, 2023).

3. *Stephen v. Trader Joe's Co*., No. 25-cv-10212 (D. Mass Dec. 18, 2025) (Dkt. 73)

4. *Trauernicht v. Genworth Fin., Inc.*, No. 22-cv-532, 2024 WL 3835067, at *12 (E.D. Va. Aug. 15, 2024) (holding "that certification under Rule 23(b)(1) is appropriate under both subsections (A) and (B).").

5. *Karg v. Transamerica Corp.*, No. 18-cv-134, 2020 WL 3400199, at *4 (N.D. Iowa Mar. 25, 2020) ("the Court finds that class certification is appropriate under both Rule 23(b)(1)(A) and Rule 23(b)(1)(B).").

6. *In re: J.P. Morgan Stable Value Fund ERISA Litig.*, No. 12-cv-2548, 2017 WL 1273963 (S.D.N.Y. Mar. 31, 2017) (certifying class and subclasses pursuant to Rules 23(a) and 23(b)(3)).

7. *In re: SunTrust Banks, Inc., ERISA Litigation*, No. 08-cv-03384, 2016 WL 4377131 (N.D. Ga. Aug. 17, 2016) ((certifying class under 23(b)(1)(A) and (B)).

8. *Knight v. Lavine*, No. 12-cv-611, 2013 WL 427880, at *5 (E.D. Va. Feb. 4, 2013) (finding certification appropriate under Rule 23(b)(1) and Rule 23(b)(2)).

9. *In re: YRC Worldwide, Inc., ERISA Litig.*, No. 09-cv-2593, 2011 WL 1303367, at *8-*12 (D. Kan. Apr. 6, 2011) (certifying class under Rule 23(b)(1)(B)).

10. *Yost v. First Horizon Nat. Corp.*, No. 08-cv-2293, 2011 WL 2182262, at *13*14 (W.D. Tenn. June 3, 2011) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

11. *Shanehchian v. Macy's, Inc.*, No. 07-cv-00828, 2011 WL 883659, at *10 (S.D. Ohio Mar. 10, 2011) (conditionally certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

12. *Board of Trustees of the AFTRA Ret. Fund v. JPMorgan Chase Bank, N.A.*, 269, F.R.D. 340, 345 (S.D.N.Y. 2010) (certifying class under 23(b)(3)).

8. *Harris v. Koenig*, 271 F.R.D. 383, 396 (D.D.C. 2010) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

9. *Taylor v. ANB Bancshares, Inc.*, No. 08-cv-5170, 2010 WL 4627841, at *13 (W.D. Ark. Oct. 18, 2010) (Magistrate Judge Report and Recommendation recommending certification under Rule 23(b)(1)(A) and 23(b)(1)(B)), adopted by District Court, No. 08-cv-5170, 2010 WL 4627672 (W.D. Ark. Nov. 4, 2010)).

10. *Hans v. Tharaldson*, No. 05-cv-115, 2010 WL 1856267, at *10 (D.N.D. May 7, 2010) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

11. *Moore v. Comcast Corp.*, 268 F.R.D. 530, 538 (E.D. Pa. 2010) (certifying under Rule 23(b)(1)(B)).

12. *Stanford v. Foamex, L.P.*, 263 F.R.D. 156, 175 (E.D. Pa. 2009) (certifying under Rule 23(b)(1)).

13. *In re: Nortel Networks Corp. "ERISA" Litig.*, No. 03-MD-01537, 2009 WL 3294827, at *14-*16 (M.D. Tenn. Sept. 2, 2009) (certifying under Rule 23(b)(1)(B) and 23(b)(1)(A)).

14. *In re: Merck & Co., Inc., Securities, Derivative & "ERISA" Litig.*, MDL No. 1658, 2009 WL 331426, at *10-*12 (D.N.J. Feb. 10, 2009) (certifying under Rule 23(b)(1)(B) and Rule 23(b)(1)(A)).

15. *Shirk v. Fifth Third Bancorp*, No. 05-cv-049, 2008 WL 4425535, at *5 (S.D. Ohio Sept. 30, 2008) (certifying under Rule 23(b)(1)(B)).

16. *Lyell v. Farmers Group Inc. Employees' Pension Plan*, No. 07-cv-1576, 2008 WL 5111113, at *7 (D. Ariz. Dec. 3, 2008) (granting certification of class pursuant to Rule 23(b)(1)).

17. *Tatum v. R.J. Reynolds Tobacco Co.*, 254 F.R.D. 59, at 66-67 (M.D.N.C. 2008) (certifying under Rule 23(b)(1)(B)).

18. *Alvidres* v. *Countrywide Financial Corp.*, No. 07-cv-5810, 2008 WL 1766927, at *3 (C.D. Cal. Apr.16, 2008) (certifying under Rule 23(b)(1)(A)).

19. *Brieger v. Tellabs, Inc.*, 245 F.R.D. 345, 356-57 (N.D. Ill. 2007) (certifying under Rule 23(b)(1)).

20. *Lively v. Dynegy, Inc.*, No. 05-cv-0063, 2007 WL 685861, at *14-*16 (S.D. Ill. Mar. 2, 2007) (certifying prudence claim under Rule 23(b)(1)(B)).

21. *Eslava v. Gulf Telephone Co.*, No. 04-cv-00297, 2007 WL 2298222, at *6 (S.D. Ala. Aug. 7, 2007) (certifying under Rule 23(b)(1)(B)).

22. *Baker v. Kingsley*, No. 03-cv-1750, 2007 WL 1597654, at *5 (N.D. Ill. May 31, 2007) (certifying class under Rule 23(b)(1)).

23. *Smith v. Aon Corp.*, 238 F.R.D. 609, 618 (N.D. Ill. 2006) (certifying under Rules 23(b)(1) and 23(b)(2)).

24. *In re: Polaroid ERISA Litig.*, 240 F.R.D. 65, 78 (S.D.N.Y. 2006) (certifying under Rule 23(b)(1)).

25. *In re: AOL Time Warner ERISA Litig.*, No. 02-cv-8853, 2006 WL 2789862, at *4 (S.D.N.Y. Sept. 27, 2006) (certifying under Rule 23(b)(1)(B)).

26. *In re: Tyco Int'l Ltd.*, No. 02-MD-1335, 2006 WL 2349338, at *7-*8 (D.N.H. Aug. 15, 2006) (certifying under Rule 23(b)(1)(B)).

27. *Colesberry v. Ruiz Food Products, Inc.*, No. 04-cv-5516, 2006 WL 1875444, at *5 (E.D. Cal. June 30, 2006) (certifying under Rule 23(b)(1)(B)).

28. *In re: Aquila ERISA Litig.*, 237 F.R.D. 202, 213 (W.D. Mo. 2006) (certifying under Rule 23(B)(1)(A)).

29. *In re: Enron Corp. Sec., Derivative & "ERISA" Litig.*, MDL No. 1446, 2006 WL 1662596, at *13-*19 (S.D. Tex. June 7, 2006) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B), and in the alternative, under Rle 23(b)(3)).

30. *Rogers v. Baxter Int'l.*, No. 04-cv-6476, 2006 WL 794734, at *8-*11 (N.D. Ill. Mar. 22, 2006) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

31. *DiFelice v. U.S. Airways, Inc.*, 235 F.R.D. 70, 80 (E.D. Va. 2006) (finding certification of the proposed class appropriate under Rule 23(b)(1)).

32. *Kirse v. McCullough*, No. 04-cv-1067, 2005 WL 3302008, at *3 (W.D. Mo. Dec. 5, 2005) (certifying under Rule 23(b)(2)).

33. *Jones v. NovaStar Fin., Inc.*, 257 F.R.D. 181, 193 (W.D. Mo. 2009) (certifying under Rule 23(b)(1)(B)).

34. *In re: ADC Telecoms., Inc.*, No. 03-cv-2989, 2005 WL 2250782, at *4-*5 (D. Minn. Sept. 15, 2005) (certifying under Rule 23(b)(1)).

35. *In re: Williams Co. ERISA Litig.*, 231 F.R.D. 416, 424-25 (N.D. Okla. 2005) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B), and in the alternative, under Rule 23(b)(2)).

36. *In re: Syncor ERISA Litig.*, 227 F.R.D. 338, 346 (C.D. Cal. 2005) (certifying under Rule 23(b)(10(B)).

37. *In re: Enron Corp. Sec., Derivative, & ERISA Litig.*, 228 F.R.D. 541, 556 (S.D. Tex. 2005) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

38. *Baker v. Comprehensive Employee Solutions*, 227 F.R.D. 354, 360 (D. Utah 2005) (finding certification appropriate under both (b)(1)(A) and (b)(1)(B)).

39. *Godshall v. Franklin Mont Co.*, No. 01-cv-6539, 2004 WL 2745890, at *3 (E.D. Pa. Dec. 1, 2004) (certifying under Rule 23(b)(1)(B)).

40. *In re: Global Crossing Sec. & ERISA Litig.*, 225 F.R.D. 436, 453 (S.D.N.Y. 2004) (certifying under Rules 23(b)91) and 23(b)(2)).

41. *In re: CMS Energy ERISA Litig.*, 225 F.R.D. 539, 545-46 (E.D. Mich. 2004) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

42. *Rankin v. Rots*, 220 F.R.D. 511, 522-23 (E.D. Mich. 2004) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

43. *In re: WorldCom Inc. ERISA Litig.*, No. 02-cv-4816, 2004 WL 2211664, at *3 (S.D.N.Y. Oct. 4, 2004) (certifying under Rule 23(b)(1)(B)).

44. *Furstenau v. AT&T Corp.*, No. 02-cv-5409, 2004 WL 5582592, at *4 (D.N.J. Sept. 2, 2004) (certifying under Rule 23(b)(1)).

45. *In re: Electronic Data Sys. Corp. ERISA Litig.*, 224 F.R.D. 613, 628-30 (E.D. Tex. 2004) (certifying prudence claims under Rule 23(b)(1)(A) and (B) and Rule 23(b)2)).

46. *Nelson v. IPALCO Enter., Inc.*, No. 02-cv-477, 2003 WL 23101792, at *10*15 (S.D. Ind. Sept. 30, 2003) (certifying under Rule 23(b)(3)).

47. *Kolar v. Rite Aid Corp.*, No. 01-cv-1229, 2003 WL 1257272, at *3 (E.D. Pa. Mar. 11, 2003) (certifying under Rule 23(b)(1)).

48. *Stegemann v. Gannett Co.*, No. 118-cv-325, 2022 WL 17067496 (E.D. Va. Nov. 17, 2022).

49. *Babcock v. Computer Associates Int'l., Inc.*, 212 F.R.D. 126, 131-32 (E.D.N.Y. 2003) (certifying under Rule 23(b)(1) and Rule 23(b)(3)).

50. *Koch v. Dwyer*, No. 98-cv-5519, 2001 WL 289972, at *4-*5 (S.D.N.Y. Mar. 23, 2001) (certifying under Rule 23(b)(1)).

51. *In re: Ikon Office Solutions, Inc.*, 191 F.R.D. 457, 466-67 (E.D. Pa. 2000) (certifying under Rule 23(b)(1)).

52. *In re: Schering-Plough Corp. Enhance ERISA Litig.*, No. 08–1432, 2012 LW 1964451 (D.N.J. Dec. 16, 2010).

53. *Cunningham v. WAWA, Inc.,* 387 F.Supp.3d 529 (E.D. Pa. 2019).

**C. Cases Where Class Certification Was Stipulated**

1. *Stephen v. Trader Joe's Co*., No. 1:25-cv-10212 (D. Mass Dec. 18, 2025) (Dkt. 73)

2. *Winkelman v. Whole Foods Market, Inc*., No. 1:23-cv-01352 (W.D. Tex. Dec. 17, 2024) (Dkt. 39)

3. *Coviello v. BHS Management Services, Inc.*, No. 20-cv-30198, Dkt. 99 (D. Mass Mar. 20, 2023).

4. *Velazquez, et al., v. Massachusetts Financial Services Company d/b/a MFS Investment Management, et al.,* 17-cv-11249 (D. Mass., 2019).

5. *Snyder, et al., v. UnitedHealth Croup, Inc., et al.,* 21-1049 (D. Minn. 2022).

6. *Lucas v. MGM Resorts Int'l.*, No. 220-cv-01750, Dkt. No. 112 (D. Nev. Oct. 19, 2022).

7. *Johnson v. The PNC Financial Servs. Grp., Inc.*, No. 20-cv-1493, Dkt. No. 80 (W.D. Pa. Sept. 16, 2022).

8. *Cunningham v. Wawa, Inc.*, 387 F.Supp. 3d 529 (E.D. Pa. 2019).

9. *In re Biogen ERISA Litig.*, No. 20-cv-11325, Dkt. No. 104 (D. Mass. Nov. 8, 2022).

10. *Moitoso v. FMR LLC*, No. 1:18-cv-12122, Dkt. No. 83 (D. Mass. May 7, 2019).

11. *Velazquez v. Mass. Fin. Srvs. LLC*, No. 1:17-cv-11249, Dkt. No. 94 (D. Mass. June 25, 2019).

12. *Wehner v. Genentech, Inc.*, No. 3:20-cv-06894-RS, Dkt. No. 98 (N.D. Cal. Sept. 22, 2022).

13. *In re Medstar ERISA Litig*., No. 1:20-cv-01984-DLB, Dkt. 64 (D.Md. July 12, 2022).

14. *Feinberg v. T. Rowe Price Group, Inc.*, No. 1:17-cv-00427, Dkt. 83 (D. Md. May 17, 2019).

15. *Reetz v. Lowe's Cos., Inc.*, No. 5:18-cv-00075, Dkt. 97 (W.D.N.C. Nov. 5, 2020).

16. *Sweet v. Advance Auto Stores Co., Inc.*, No. 7:21-cv-549, 2023 WL 3959779 (W.D. Va. June 9, 2023).

17. *Pledger v. Reliance Tr. Co.*, No. 1:15-cv-4444, Dkt. No. 101 (N.D. Ga. Nov. 7, 2017).